1  Josh A. Cohen (SBN 217853)
2  CLARENCE DYER & COHEN LLP
   899 Ellis St.
3  San Francisco, CA 94109
   Tel: (415) 749-1800
4  Fax: (415) 749-1694
5  jcohen@clarencedyer.com

6  Attorney for Defendant
   MADHU SANTHANAM

7

8                     UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                           OAKLAND DIVISION

11 | UNITED STATES OF AMERICA,        | CASE NO. CR-14-0263 YGR (KAW)
   |                                  |
12 |         Plaintiff,               | **STIPULATION AND [P~~ROPOSED~~]
   |                                  | ORDER MODIFYING DEFENDANT
13 |    v.                            | MADHU SANTHANAM'S CONDITIONS
   |                                  | OF RELEASE TO PERMIT TRAVEL TO
14 | MADHU SANTHANAM,                 | EASTERN DISTRICT OF MISSOURI
   |                                  | FROM NOVEMBER 23 TO DECEMBER
15 |         Defendant.               | 4, 2015**

16

17                              **STIPULATION**

18      Defendant Madhu Santhanam has been on pretrial release since his initial appearance

19 before the magistrate court in November 2013. It is a condition of his pretrial release that Mr.

20 Santhanam not travel outside the Northern District of California without the permission of the

21 Court.

22      Having entered a guilty plea on December 12, 2014 to one count of conspiracy to commit

23 visa fraud, Mr. Santhanam is scheduled to be sentenced by the Honorable Yvonne Gonzalez

24 Rogers on January 7, 2016. Mr. Santhanam respectfully seeks permission to travel to St. Louis,

25 Missouri, in the Eastern District of Missouri, from November 23 to December 4, 2015 for

26 employment purposes (specifically, to provide on-site system maintenance at a client site).

27

28

1  The government does not object to the modification of Mr. Santhanam's release conditions
2  to accommodate this travel. Pretrial Services likewise does not object.
3  Accordingly, the parties agree and stipulate that Mr. Santhanam's conditions of release
4  should be modified to permit Mr. Santhanam to travel to the Eastern District of Missouri from
5  November 23, 2015 to December 4, 2015.
6  IT IS SO STIPULATED.

7
8  DATED: November 20, 2015            ___/s/_____
                                        JOSH COHEN
9                                       Attorney for MADHU SANTHANAM

10 DATED: November 22, 2015            ___/s/_____
                                        BRIAN LEWIS
11                                      Assistant United States Attorney

12
13                                  **ORDER**
14  By stipulation of the parties, and for good cause shown, it is hereby ordered that defendant
15 Madhu Santhanam's conditions of release shall be modified as follows: Mr. Santhanam shall be
16 permitted to travel from the Northern District of California to the Eastern District of Missouri
17 from November 23, 2015 to December 4, 2015. Mr. Santhanam shall provide Pretrial Services
18 with flight and lodging information as directed by Pretrial Services. All other conditions of
19 release shall remain in effect.
20  IT IS SO ORDERED.
21 DATED: 11/23/15                    _Kandis Westmore_____
                                        KANDIS WESTMORE
22                                      UNITED STATES MAGISTRATE JUDGE